IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RONNIE EUGENE WILLIAMS, | |
| Petitioner, | CIVIL ACTION NO.: 6:15-cv-111 |
| v. | |
| HOMER BRYSON, | |
| Respondent. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 12), to which Objections have been filed (doc. 13). Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court, and the Petitioner's Objections are overruled.

Petitioner's action is **DISMISSED**, and the Court **DENIES** Petitioner leave to proceed *in forma pauperis* on appeal and **DENIES** Petitioner a certificate of appealabilty. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 2nd day of June, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA